RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 AUG 26 P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

CARLOS BARO TORRIENT
    Petitioner,

v.

United States of America,
Immigration Naturalization ICE
FMC Devens Warden David Winn.
    Respondent

Criminal Case No:

Civil Case No.  :

INS/ICE   No.  :

/05 cv 11772 NMG

PETITION FOR WRIT OF HABEAS   CORPUS 28 U.S.C. § 2241
IN RE : RELEASE FORM CUSTODY AND BRIEF

MAGISTRATE JUDGE Dein

**COMER NOW, CARLOS BARO TORRIENT**, Petitioner appearing pro-se and moves the Court as follows:

### JURISDICTION

This court has jurisdiction pursuant to 28 U.S.C. § 2241 et seq; U.S. Constitution  Art. I § 8 Cl.  6 and  10; III § 2 Cl. 1,2 and 3; and 28 U.S.C. § 1331. Venue resides in this court ad hoc as both the INS and Petitioner reside and /or do business in the venue. I abide.

### BACKGROUND

The petitioner is a Cuban Refugee. The petitioner came into the BOP custody on November 2, 2001. His actual crime and status is base in the Immigration Mariel Cuban Detainee, his case is pending and monitored by the United States Immigration and Naturalization for closed to five years.

CARLOS BARO-TORRRIENT
28 U.S.C. § 2241   PAGE 2

---

The petitioner completed his sentence 48 months ago, and he has not been out of custody and deniel release form Federal Prison iinsconstitutionally for the past 48 moths. Until now, there was no hope for Cuban refugees who have no nation to return to. See, **Clark v. Martinez,** 160 Led 2d___(2005).

The petitioner, is a political victin has been found by Federal Prison Officials not to be dangerous, he suffered form minor mental defect. The INS datainer originalled from the United States District Court of Florida. The petitioner upon his released would go to the following address:Lucille Wright
      313 Mallory Street
      Pensacola, Florida
      Telephone (850) 433-7562

## CHANGE OF CASE LAW

The United States Supreme Court has ruled that the Federal government may not hald "aliens"., i.e. foreign national, more than **180 DAYS** past their release date on time to depart aliens form the U.S.A. Tthe watershed rule effectuates Cubans whom are not deportable becasue of polititcs in Washington, D.C.

In sum, the court is moved to order the Defendants INS and/or BOP to immediately release this petitioner as he qualifies under **Clark v. Martinez,** and its progency.

CARLOS BARO-TORRIENT
28 U.S.C. § 2241   PAGE 3

---

The petitoner has a home and friends/family that shall provide support and confort and to his minor retarded mental conditions bound, Cuban Refugee who would choose to remain in the United States with his family upon release. (Information pertatining to family and houseing is available for your approval upon request, also, criminal documents and progress report are attached to this motion).

### CONCLUSION

Petitioner moves the court to order him released within 10 days or as soon as reasonably possible for this court and defendants to reply, base upon **Clark v. Martinez**,

Respectfully Submitted,

*Carlos Baro Torriente*
Carlos Baro-Torrient
Reg. No. 90456-000
FMC Devens P.O Box 879
Ayer Massachusetts 01432

August 17, 2005.

## CERTIFICATE OF SERVICE

    I, CARLOS BARO-TORRIENT, Petitoner, acting pro-se, do hereby certify that I have serve this motion along with my original motion 28 U.S.C § 2241, and swear unde the penalty of perjury, that everything in the aforementioned motion is true to the best of my ability, so help me God.

1. THE UNITED STATES COURT HOUSE CLERK
   UNITED STATES DISTRICT COURT FOR THE
   DISTEICT OF BOSTON MASSACHUSETTS
   ONE COURTHOUSE WAY SUITE 2300
   BOSTON MASSACHUSETTS  02210

2. UNITED STATES ATTORNEY OFFICE
   ONE COURTHOUSE WAY
   SUITE 9200
   BOSTON MASSACHUSETTS 02210

3. KEVIN LAWRENCE BARRON, ESQ.
   453 WASHINGTON ST. 5FL.
   BOSTON MASS. 02111-1325

*Carlos Baró Torriente*
CARLOS BARO TORRIENT

AUGUST 17, 2005

*[handwritten at top: January 10, 2005 @ 10:00 AM]*

\BP-S187.058   **PROGRESS REPORT**   CDFRM
JUN 98
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| Institution Name, Address, & Telephone No.<br>Federal Medical Center Devens<br>P.O. Box 880, 42 Patton Road<br>Ayer, MA 01432    (978) 796 - 1000 | Date<br><br>January 10, 2005 |
|---|---|

**Inmate Reviewed**

| Inmate's Signature | Date | Staff Signature |
|---|---|---|
| Copy Provided | 1/10/05 | J Benet-Rivera |

### 1. Type of Progress Report

**CUBAN REVIEW PANEL**

| 2. Inmate's Name<br>BARO-TORRIENT, Carlos | 3. Register Number<br>90456-000 | 4. Age (DOB)<br>42 (01-07-1963) |
|---|---|---|

**5. Present Security/Custody Level**

Medium/In

**6. Offense/Violator Offense**

Immigration and Naturalization Service Mariel Cuban Detainee

**7. Sentence**

Not Applicable

| 8. Sentence Began<br>11-02-2001 | 9. Months Served + Jail Credit<br>38 months | 10. Days GCT/or EGT/SGT<br>N/A |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT<br>N/A | 12. Projected Release<br>Ins Discretion | 13. Last USPC Action<br>2004 Denied Release by INS Cuban Review Panel |

**14. Detainers/Pending Charges:** This case is monitored by the United States Immigration and Naturalization Service.

**15. Co-defendants:** None Known

Progress Report-Continued

16. **Institutional Adjustment:** Inmate Baro-Torrient has adjusted satisfactorily to his current incarceration. He maintains a good rapport with staff and his inmate peers. Although he has received misconduct reports, he is not considered a management or disciplinary problem.

   A. **Program Plan:** Inmate Baro-Torrient's Initial Classification at FMC Devens, Massachusetts took place on December 5, 2002. During this review and at subsequent reviews, it was recommended he enroll in the Spanish GED Program, enroll in the English as a Second Language Program, enroll in Adult Continuing Education (ACE) classes of interest, enroll in the Release Preparation Program, obtain an institution work assignment and maintain satisfactory work performance evaluations, comply with mental health evaluations and recommendation, participate in recreational and leisure activities, maintain clear conduct/sanitation and begin saving money for release.

   B. **Work Assignments:** Inmate Baro-Torrient currently works in Food Service. He began this work assignment on September 11, 2003. According to his Work Performance Ratings, he earns satisfactory work reports. He previously worked as a Compound Orderly from July 2, 2003 to September 11, 2003. While at FCI McKean, inmate Baro-Torrient was assigned to the following work details: Psychology Orderly from 04-01-2002 to 10-31-2002, with periodic breaks in work service, and HVAC from 03-28-2002 to 04-01-2002.

   C. **Educational/Vocational Participation:** Inmate Baro-Torrient completed 138 hours of the English as a Second Language Program. In addition, he completed 166 hours of Spanish GED classes. He is not enrolled in any classes at this time.

   D. **Counseling Programs:** Inmate Baro-Torrient meets with his Unit Team and Psychiatry on a regular basis.

   E. **Incident Reports:** Inmate Baro-Torrient has received the following incident reports:

| Date | Code/Violation | Sanction |
| --- | --- | --- |
| 01-14-2004 | 332/Smoking in Unauthorized Area | DHO/- 10 days DS 6 months loss of Commissary, social telephone and social visiting privileges. |
| 06-10-2003 | 312/Being Insolent to Staff Member | Found Incompetent |
| 06-05-2003 | 203/Threatening Bodily Harm | Found Incompetent |
| 04-03-2003 | 300/Indecent Exposure | Found Incompetent |
| 03-28-2003 | 307/Refusing to Obey an Order | Found Incompetent |
| 02-11-2003 | 312/Being Insolent to Staff Member | DHO - 10 days DS and 2 months loss of commissary |
| 01-21-2003 | 312/Being Insolent to Staff Member | UDC - 30 days loss of commissary |

Progress Report-Continued

| BARO-TORRIENT, Carlos | Reg. No. 90456-000 | Date: January 10, 2005 |
|---|---|---|

| | | |
|---|---|---|
| 08-24-2002 | 203/Threatening Bodily Harm | Found incompetent |
| | 307/Refusing to Obey an Order | Found incompetent |
| | 312/Being Insolent to a Staff Member | Found incompetent |
| 07-30-2002 | 306/Refusing Work/Program Assignment | Found incompetent |
| 06-06-2002 | 312/Being Insolent to Staff | Found incompetent |
| | 399/Disruptive Conduct | Found incompetent |
| 03-05-2002 | 307/Refusing to Obey an Order | UDC - Change of quarters |
| | 312/Being Insolent to Staff | 30 days loss of commissary privileges; suspended 60 days pending clear conduct |

F.  **Institutional Movement:** Inmate Baro-Torrient came into BOP custody on November 2, 2001, when he was designated to FDC Oklahoma City, Oklahoma. He remained at FDC Oklahoma until November 8, 2001, when he transferred to FCI Talladega, Alabama. He remained there until his transfer to FCI, McKean, Pennsylvania, on March 8, 2002, after completing the INS Recpt. Class. He remained there until November 13, 2002, when he was transferred to FMC, Devens, Massachusetts, for emergency Psychiatric/Psychological evaluation and treatment. Upon completion, he will be returned to FCI, McKean, Pennsylvania.

G.  **Physical and Mental Health:** Inmate Baro-Torrient is assigned a regular duty work assignment with no medical restrictions. He is cleared for Food Service work. It has also been determined that inmate Baro-Torrient is mentally ill.

H.  **Progress on Financial Responsibility Plan:** Inmate Baro-Torrient does not have any financial obligations.

17. **Release Planning:** Inmate Baro-Torrient has indicated if released he would release to the following address:

    **Residence:**    313 Mallory Street
                      Pensacola, Florida 32503
                      Telephone: (850)433-7562
                      Lucille Wright, father's girlfriend's mother

| BARO-TORRIENT, Carlos | Reg. No. 90456-000 | Date: January 10, 2005 |
|---|---|---|

He has also indicated that he had the following sponsors when he arrived in the United States, whom he believes are willing to aid him into living in the community.

    St. Joseph Catholic Church-Parish Center
        140 W. Government Street
        Pensacola, Florida 32503
        Telephone: (850) 436-6461

**Employment:**    To Be Determined Upon Release

**USPO:**    Not applicable

**Release Preparation:** Inmate Baro-Torrient is not required to participate in the Release Preparation Program due to his Alien status. He is not eligible for Halfway House placement at this time.

18. **Prepared By:**    *[signature]*
                    I.Benet-Rivera, N Unit Case Manager

19. **Date Typed:**    January 10, 2005

20. **Reviewed By:**    *[signature]*
                    John D. Colautti, N Unit Manager

MARIEL CUBAN CRIMINAL
CUSTODY WORKSHEET

A 22 771 872
BOP
FCO  MIA-ORLIDDP

NAME: BARO-Toriente, Carlos

DOB: 1/7/63                                                                    SEX: M

PLACE OF CURRENT INCARCERATION: FLDCTAL-Lake CI

ESTIMATED DATE OF RELEASE TO INS: 5/25/01
OR
DATE PLACED IN INS CUSTODY:

3/21/00  Resist Officer w/ Violence (No Weapon)

1. Severity of         0-Lowest        4-Moderate     8-Greatest    6
   Current Offense     2-Low Moderate  6-High

3/28/89  Possession of Cocaine

2. Type of Prior       0-None    1-Minor   3-Moderate    5-Serious   1
   Felony Convictions

3. History of          None     <5yrs     5-10 yrs    >10yrs        0
   Escapes or    Minor: 0        2         1           0
   Attempts      Serious: 0      5         3           1

6/5/85  Battery (Misd.)

4. History of          None     <5yrs     5-10 yrs    >10yrs        0
   Violence      Minor: 0        2         1           0
                 Serious: 0      5         3           1

5. Institutional
   Adjustment   -2 Good   0 Marginal    +2 Poor                     0

6. Repatriation   +9 points                                ✓ -0-
   list

   Detain = 7 or more points    Release = 0-6 points       7

   TOTAL POINTS                                            (7)

HQDDP OVERRIDE: If there is a documented history of mental problems, sex
offenses/arrests, institutional, treatment with psychotropic drugs, attach all
related records for HQDDP review.
* MISD. INDECENT EXPOSURE - CONV. 6/15/85  HAS BEEN IN FDOC - TRANSITIONAL CARE UNIT DUE
Release decisions must be reviewed and authorized by HQDDP.  TO MEDICAL ISSUES.

_____ GEORGE STERLING, DO        CIRCLE            4/28/01
SIGNATURE, NAME, & TITLE OF DISTRICT
OFFICER PREPARING THE FORM                RELEASE  DETAIN   DATE

_____ SDDO                       CIRCLE            4/30/01
SIGNATURE, NAME, & TITLE OF
SUPERVISORY DISTRICT OFFICER              RELEASE  DETAIN   DATE

_____                            CIRCLE            05/03/2001
SIGNATURE, NAME, & TITLE OF
HEADQUARTERS OFFICIAL                     RELEASE  DETAIN   DATE

```
 DEVB7    606:00            MA CUSTODY CLASSIFICATION FORM        07-26-2005
PAGE 001 OF 001                                                    18:54:03
                         (A) IDENTIFYING DATA
REG NO..: 90456-000             FORM DATE:                    ORG:
NAME....: BARO-TORRIENT, CARLOS                               CR HX PT:
                                     MGTV:
PUB SFTY:                            MVED:
                         (B) BASE SCORING
DETAINER:                         SEVERITY.......:
MOS REL.:       LENGTH:           PRIOR..........:
ESCAPES.:                         VIOLENCE.......:
PRECOMMT:
                         (C) CUSTODY SCORING
TIME SERVED.....:                  DRUG/ALC ABUSE.:
MENTAL STABILITY:                  TYPE DISCIP RPT:
FREQ DISCIP RPT.:                  RESPONSIBILITY.:
FAMILY/COMMUN...:


                  --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER


P5154       CUSTODY CLASSIFICATION RECORD DOES NOT EXIST FOR THIS INMT
```