UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS BARO TORRIENT,           )<br>                                                      )<br>         Petitioner,                         )<br>                                                      )<br>v.                                                   )<br>                                                      )<br>                                                      )<br>UNITED STATES OF AMERICA,  )<br>IMMIGRATION AND                    )<br>NATURALIZATION, ICE,              )<br>FMC DEVENS WARDEN DAVID )<br>WINN,                                            )<br>         Respondents.                    ) | CIVIL ACTION NO:<br>05-11772-NMG |

**RESPONDENTS' MOTION TO DISMISS THE INSTANT ACTION AS MOOT**

Respondents hereby move to dismiss the instant claim as moot in light of the Petitioner's release from immigration custody.

In support of the motion, Respondents submit the attached memorandum and exhibits.

Wherefore, the instant claim should be dismissed as moot.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>/s/ Mark J. Grady
>MARK J. GRADY
>Assistant U.S. Attorney
>U.S. Attorney's Office
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA  02210
>Tel. No. (617) 748-3136

**Certificate of Compliance**

The United States takes the position that Local Rule 7.1 requires "counsel" to confer. As the Plaintiff is pro se, the rule is inapposite.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 21st day of March 2006 service of the foregoing Motion and Memorandum has been made upon the following by depositing a copy in the United States mail, postage prepaid to the last known address of the Petitioner, Carlos Baro-Torriente, c/o Young's Residence, 774 Bushwick Avenue, Brooklyn, NY 11221.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney